# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WRIGHT and JEAN-LAURENT POULIOT; on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br>  vs.<br>RANDSTAD US, LP; PROMONTORY FINANCIAL GROUP, LLC and DOES 1-100, inclusive,<br>        Defendants. | CASE NO.: SACV 8:13-cv-00815-CJC-AGR<br><br>[Assigned to United States District Judge Cormac J. Carney]<br><br>**AMENDED JUDGMENT DISMISSING CASE** |

# JUDGMENT DISMISSING CASE

On August 29, 2016, the Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs. The Court thereby enters Judgment in this case as follows:

1. The Court has jurisdiction over the subject matter of this action, the Class Representatives, and the Class Members as defined in the Settlement Agreement and Defendants.

2. The Court grants final approval, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court finds that the Settlement Agreement was the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfied the applicable standards for certification under Federal Rule of Civil Procedures 23.

4. This case is dismissed on the merits with prejudice.

5. The parties are hereby directed to fully implement any remaining obligations under the Settlement Agreement.

6. Kawahito Westrick LLP and The Law Offices of Brett Szmanda are approved as Class Counsel and are hereby awarded $221,250.00 for attorneys' fees and $17,231.07 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case.

7. Justin Wright is awarded $5,000.00 and Jean-Laurent Pouliot is awarded $5,000.00 for their unique services in initiating and maintaining this litigation as Class Representatives.

8. The Claims Administrator, CPT Group, Inc. is awarded $13,750.00 as payment for handling the administration of the Settlement in this case.

9. Payment of $7,500 is hereby approved to the Labor and Workforce Development Agency for the resolution of the claims brought in this case under the Labor Code Private Attorneys General Act of 2004 (Cal. Lab. Code §§ 2698, *et*

-1-

*seq.*).

10. The Court shall have exclusive and continuing jurisdiction over this matter for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and this Judgment.

11. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

12. Upon entry of this Judgment and the release of the Gross Settlement Amount to the claims administrator in this case, the Released Parties, as defined in the Settlement Agreement, shall be released and discharged from any and all liability as set forth Section 14 of the Settlement Agreement between the Parties.

13. Plaintiffs and Class Members shall be precluded from instituting commencing, or continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of himself, herself, itself, or in any other capacity of any kind whatsoever, any action in this Court, any other state court, or any arbitration or mediation proceeding or any other similar proceeding, against any Released Party, as defined in the Settlement Agreement, that asserts any claims that are Released Claims or other claims released herein under the terms of the Settlement.  Any Class Member who violates the terms of the release by further asserting any of the Released Claims or other claims released herein against any of the Released Parties shall pay the costs and attorneys' fees incurred by any Released Party as a result of the violation.

**IT IS SO ORDERED.**

Dated:  September 16, 2016   _____

United States District Judge Cormac J. Carney

-2-

Wright v. Randstad, et al.                                                                                    Amended Judgment
SACV 8:13-cv-00815-CJC-AGR